**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
PECOS DIVISION**

| | | |
|---|---|---|
| **LAKEVIEW LOAN SERVICING, LLC,** | § | |
| *Plaintiff,* | § | |
| | § | |
| **v.** | § | |
| | § | **P:25-CV-00018-DC** |
| **RUDOLFO HERNANDEZ, III and UNITED STATES OF AMERICA ON BEHALF OF THE SECRETARY OF HOUSING AND URBAN DEVELOPMENT,** | § | |
| *Defendants.* | § | |

**ORDER ADOPTING REPORT AND RECOMMENDATION**

Before the Court is the report and recommendation from United States Magistrate Judge David B. Fannin (Doc. 21) concerning Plaintiff Lakeview Loan Servicing, LLC's complaint (Doc. 1). Pursuant to 28 U.S.C. § 636(b) and Rule 1(d) of Appendix C of the Local Rules of the United States District Court for the Western District of Texas, Magistrate Judge Fannin issued his report and recommendation on January 5, 2026. As of the date of this order, Plaintiff filed timely objections.

Pursuant to 28 U.S.C. § 636(b), a party may serve and file specific, written objections to a magistrate judge's proposed dispositive findings and recommendations within fourteen days after being served with a copy and, in doing so, secure *de novo* review by the district court. When no objections are timely filed, a district court reviews the magistrate's report and recommendation for clear error. *See* Fed. R. Civ. P. 72 advisory committee's note ("When no timely objection is filed, the [district] court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation."). Because a party has filed

timely objections, the Court reviews the report and recommendation *de novo*, finding dismissal is warranted.

As a result, the Court **ADOPTS** the report and recommendation and **DISMISSES WITHOUT PREJUDICE** Plaintiff's complaint under Federal Rule of Civil Procedure 41(b). A separate judgment will be entered in accordance with Federal Rule of Civil Procedure 58.

Plaintiff's motion for extension of time to file service (Doc. 27) is **DENIED**.

It is so **ORDERED**.

SIGNED this 20th day of January, 2026.

_____
DAVID  COUNTS
UNITED STATES DISTRICT JUDGE

2